UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA PRICE,

       Plaintiff,                      Case No. 03-60218

                                       Hon. Marianne O. Battani
v.                                Magistrate Judge R. Steven Whalen

FEDERAL EXPRESS
CORPORATION,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, a former employee of Defendant Federal Express Corporation, filed a Complaint alleging she was discharged as a result of racial and gender discrimination. Plaintiff The Court subsequently referred this action to Magistrate Judge R. Steven Whalen for all pretrial proceedings. After discovery closed, Defendant filed a Motion for Summary Judgment.

In a Report and Recommendation ("R&R") dated February 14, 2007, Magistrate Judge Whalen recommended that Defendant's Motion for Summary Judgment be granted. The Court has reviewed the pleadings filed in support of an opposition to the dispositive motion and has conducted a *de novo* review of the R&R. The Court finds the R&R accurately articulates the law and presents a well-reasoned, persuasive analysis of the application of governing law to the facts of this case.

The Magistrate Judge informed the parties that objections to the R&R must be filed within ten days of service and that a party's failure to file objections would waive any further right of appeal. Neither party filed an objection.

Because no objection has been filed in this case, the parties waived their right to review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation and **GRANTS** Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED**.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATE: March 1, 2007

### CERTIFICATE OF SERVICE

A copy of this Order was e-filed and/or mailed to Danon D. Goodrum, Edward J. Efkeman, Reginald M. Turner, Jr., and Lisa Price on this date.

s/Bernadette M. Thebolt
Deputy Clerk

2